John A. HUSKEY, Petitioner/Respondent,

v.

Betty A. HUSKEY, Respondent/Appellant.

No. 68541.

Missouri Court of Appeals,
Eastern District,
Division Five.

April 23, 1996.

Michael C. Margherio, Amelung, Wulff & Willenbrock, P.C., St. Louis, for appellant.

Robert M. Wohler, O'Fallon, for respondent.

Before CRANE, C.J., AHRENS, J., and BLACKMAR, Senior Judge.

*ORDER*

PER CURIAM.

This is an appeal from the trial court's judgment in a dissolution case. The trial court's judgment is supported by substantial evidence and is not against the weight of the evidence. No error of law appears. *Murphy v. Carron*, 536 S.W.2d 30, 32 (Mo. banc 1976). An opinion reciting the detailed facts and restating the principles of law would have no precedential value.

The judgment is affirmed in accordance with Rule 84.16(b).